UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RUIZ,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Case No. 3:20-cv-316 (SRU) |
| CTO TARANOVICH, et al.,<br>    Defendants. | :<br>:<br>: |

## RULING AND ORDER

Edwin Ruiz initiated this action by filing a civil rights complaint, a prisoner's application to proceed *in forma pauperis* and a motion for appointment of counsel. On March 12, 2020, Magistrate Judge Garfinkel issued a Notice of Insufficiency indicating that the application to proceed *in forma pauperis* was deficient and instructed Ruiz to file a ledger sheet showing at least the last six months of deposits to and withdrawals from his inmate account within twenty days. Judge Garfinkel warned Ruiz that if he failed to file the ledger sheet within the time specified that the case would be dismissed. *See* NOI, Doc. No. 8.

To date, Ruiz has not filed a ledger sheet showing the activity in his inmate account during the last six months or sought an extension of time to do so. Accordingly, the Application to Proceed *In Forma Pauperis*, [**Doc. No. 2**], is **DENIED**, the Complaint, [**Doc. No. 1**], is **DISMISSED** without prejudice and the Motions for Appointment of Counsel and to Issue Subpoenas, [**Doc. Nos. 4, 10**], are **DENIED** without prejudice. The Clerk is directed to close this case.

Any motion to reopen must show cause why Ruiz failed to comply with the Court's Notice of Insufficiency in a timely manner. The motion shall be accompanied by a Prisoner's

Application to Proceed *In Forma Pauperis* that includes a ledger sheet showing the activity in Ruiz's inmate account during the prior six months.

So ordered.

Dated at Bridgeport, Connecticut, this 8th day of July 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge
